Brett Jones
EEON FOUNDATION
304 S Jones Blvd. Ste 1967
Las Vegas, Nevada 89107

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEB 19 2020

NORTH

COVER SHEET
TO MOTION TO CONFIRM ARBITRATION

_____

EEON FOUNDATION, ET AL,

v.

GOOGLE INC.,
YOUTUBE, INC.,
ALPHABET INC., ET AL.,         *MOTION TO CONFIRM ARBITRATION AWARD*

                               RESPONDENT(S)

_____

### IDENTITY OF THE PARTIES

1. Petitioner, Brett Jones on behalf of the EEON Foundation is a citizen of the State of Nevada.

2. Respondent(s) are citizens of the State of California, Santa Clara County with their Corporate Headquarters located in California.

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 for reasons set forth below.

2. Petitioner is a citizen of the State of Nevada.

3. Respondent(s) are citizens of the State of California. There is a complete Diversity of Citizenship between Petitioner and Respondent(s).

4. In accordance with the Federal Arbitration Act (9 U.S.C.) Petitioner seeks confirmation of the arbitration award within one year of its issuance. The jurisdiction of this Court is accurate per the terms and conditions of the contractual agreement between the parties.

5. Petitioner seeks to confirm an arbitration award of which exceeds $ 75,000.00.

Dated this 12th day of February 2020.

                                    Brett Jones, on behalf of the E      Foundation