UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEON FOUNDATION,<br><br>        Plaintiff,<br><br>v.<br><br>GOOGLE INC., et al.,<br><br>        Defendants. | Case No.3:20-cv-01317-LB<br><br>**CLERK'S NOTICE REGARDING CASE ASSIGNMENT** |

    The Clerk has been ordered to reclassify this matter from a miscellaneous case to a civil case. (Dkt. 1). A filing fee of $400.00 or the submission of an Application to Proceed In Forma Pauperis are due as well as a Civil Cover Sheet. Any request for refund for the fee paid in miscellaneous case number 3:20-mc-80046-JCS, may be requested by submitting an Application for Refund form.

Dated: February 21, 2020

                                                  Susan Y. Soong<br>
                                                  Clerk, United States District Court

                                                  By: _____<br>
                                                  William Noble, Deputy Clerk