1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
|  | )<br>)<br>) |  |
| Plaintiff, | )<br>) | CASE NO. _____ |
| vs. | )<br>) | **APPLICATION TO PROCEED**<br>**IN FORMA PAUPERIS** |
|  | )<br>) |  |
| Defendant. | ) |  |

   I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct.  I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security.  I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

   In support of this application, I provide the following information:

1.   Are you presently employed?                              Yes \_\_\_\_  No \_\_\_\_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1   and wages per month which you received.

2   _____

3   _____

4   _____

5   2.   Have you received, within the past twelve (12) months, any money from any of the

6   following sources:

7       a.   Business, Profession or                    Yes ____ No ____

8           self employment?

9       b.   Income from stocks, bonds,                 Yes ____ No ____

10          or royalties?

11      c.   Rent payments?                              Yes ____ No ____

12      d.   Pensions, annuities, or                     Yes ____ No ____

13          life insurance payments?

14      e.   Federal or State welfare payments,          Yes ____ No ____

15          Social Security or other govern-

16          ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3.   Are you married?                                  Yes ____ No ____

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____   Net $_____

26  4.   a.   List amount you contribute to your spouse's support:$ _____

27      b.   List the persons other than your spouse who are dependent upon you for support

28          and indicate how much you contribute toward their support.  (NOTE: For minor

1 | children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2 | _____
3 | _____
4 | 5.    Do you own or are you buying a home?        Yes ____ No ____
5 | Estimated Market Value: $_____ Amount of Mortgage: $_____
6 | 6.    Do you own an automobile?              Yes ____ No ____
7 | Make _____ Year _____ Model _____
8 | Is it financed? Yes _____ No _____ If so, Total due: $ _____
9 | Monthly Payment: $ _____
10 | 7.    Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)
11 | Name(s) and address(es) of bank: _____
12 | _____
13 | Present balance(s):  $ _____
14 | Do you own any cash?  Yes ____ No ____ Amount: $ _____
15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 | market value.)                                  Yes ____ No ____
17 | _____
18 | 8.    What are your monthly expenses?
19 | Rent:  $ _____ Utilities: _____
20 | Food:  $ _____ Clothing: _____
21 | Charge Accounts:
22 | <u>Name of Account</u>         <u>Monthly Payment</u>           <u>Total Owed on This Account</u>
23 | _____   $ _____   $ _____
24 | _____   $ _____   $ _____
25 | _____   $ _____   $ _____
26 | 9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom
27 | they are payable.  Do not include account numbers.)
28 | _____

1  _____

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ____  No ____
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10

11  _____      _____

12       DATE                        SIGNATURE OF APPLICANT