UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EEON FOUNDATION, | Case No.: 3:20-cv-01317-LB |
|---|---|
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| GOOGLE INC., et al., | |
| Defendants. | |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 2/21/2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Dkt. 1 - ORDER TO FILE AS A CIVIL CASE

Dkt. 3 - Initial Case Management Scheduling Order with ADR Deadlines

Dkt. 4 - CLERK'S NOTICE REGARDING CASE ASSIGNMENT.

EEON Foundation
c/o Brett Jones
304 S Jones Blvd., Ste. 1967
Las Vegas, NV 89107

Dated: 2/21/2020

Susan Y. Soong
Clerk, United States District Court

By:_____
William Noble, Deputy Clerk