1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| EEON FOUNDATION,<br><br>       Plaintiff,<br><br>   v.<br><br>GOOGLE INC., et al.,<br><br>       Defendants. | Case No. 20-cv-01317-LB<br><br>**ORDER REGARDING FILING FEE**<br>Re: ECF No. 2, 4 |

Brett Jones, on behalf of EEON Foundation, filed a motion to confirm an alleged arbitration award against defendants purportedly Google Inc, YouTube Inc., Alphabet Inc., et al.[1] Judge Spero ordered the case to be reclassified as a civil case.[2] On February 21, 2020, the Clerk of the Court notified Mr. Jones that he must pay a filing fee of $400 or submit an application to proceed *in forma pauperis* ("IFP").[3] *See* 28 U.S.C. § 1914(a) ("The clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court . . . to pay a filing fee"). Mr. Jones has not paid the filing fee or submitted an IFP application. No summons has issued in the case. The defendants have not appeared in the case.

---

[1] Mot. – ECF No. 2. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 1. The case was erroneously classified as a miscellaneous case initially.

[3] Clerk's Notice – ECF No. 4.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The clerk did not set a deadline. The court thus orders Mr. Jones to comply with the Clerk's Notice and pay the filing fee or apply for IFP status by March 19, 2020. Mr. Jones's failure to comply may result in the court's administratively closing the case.

Also, Mr. Jones names "EEON Foundation" as the plaintiff in the caption of his motion, but names himself as the petitioner. The court notes that as a pro se litigant, Mr. Jones, cannot represent EEON Foundation. Mr. Jones must clarify the correct party for the case by March 19, 2020. *See* N.D. Cal. Civil L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court").

Given the procedural posture of the case, the court terminates Mr. Jones's motion to confirm arbitration without prejudice and vacates all associated response deadlines. After Mr. Jones complies with the appropriate procedures of commencing a case and serving the defendants, he may re-notice his motion with a one-page notice and rely on his prior filing.

**IT IS SO ORDERED.**

Dated: March 6, 2020

_____

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 20-cv-01317-LB                    2