FILED

MAR -9 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EEON FOUNDATION,

    Plaintiff,

v.

GOOGLE INC., et al.,

    Defendants.

Case No. 20-cv-01317-LB

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( ) **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

(X) **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 02-27-2020

NAME: EEON fKA BRETT JONES

COUNSEL FOR (OR "PRO SE"): PRO SE

Signature

# Eeon fka Brett Jones

California Institute for Men
P.O. Box 600 Facility A
Chino, California 91708

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

February 27, 2020

RE:  20-cv-01317-LB

## ALL PURPOSE PROOF OF SERVICE

I, Eeon fka Brett Jones, being above the age of 18, of the majority and a citizen of the United States of America, do hereby certify that the document(s) entitled:

a.  Declination to Magistrate Judge Jurisdiction

I SERVED, as true and correct copies of the attached, by placing said copies in a postage paid envelope addressed to the entity hereinafter listed, by depositing said envelope in the U.S.P.S. Mail on this 27th day of February 2020.

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102     U.S.P.S. Priority Mail Tracking #: 9405511699000677832006

*Eeon fka Brett Jones*