```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611148184
Cashier ID: almaceh
Transaction Date: 03/18/2020
Payer Name: eeon foundation
------------------------------------
CIVIL FILING FEE
 For: eeon foundation
 Case/Party: D-CAN-3-20-CV-001317-001
 Amount:       $400.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 26163321906
 Amt Tendered:  $400.00
------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:       $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```