EEON Foundation
c/o Brett Jones
304 S Jones Blvd., Ste 1967
Las Vegas, NV 89107

FILED
MAR 19 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EEON FOUNDATION,<br><br>    Petitioner,<br><br>v.<br><br>GOOGLE INC., ET AL.,<br><br>    Respondent(s). | Case No.: 20-cv-01317-LB<br><br>MOTION FOR ENTRY OF DEFAULT |

    Petitioner Brett Jones, on behalf of the EEON Foundation; requires that the Clerk of this Court enter default against Respondent(s) GOOGLE, Inc., Et Al., pursuant to the Federal Rules of Civil Procedure 55(a). In support of this request Petitioner relies heavily upon the record in this case and the Affidavit submitted herein.

    Dated this 13th day of March 2020.

_____
Brett "Eeon" Jones

MOTION FOR ENTRY OF DEFAULT - 1

EEON Foundation
c/o Brett Jones
304 S Jones Blvd., Ste 1967
Las Vegas, NV 89107

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EEON FOUNDATION,<br><br>      Petitioner,<br><br>v.<br><br>GOOGLE INC., ET AL.,<br><br>      Respondent(s). | Case No.: 20-cv-01317-LB<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT** |

I, Petitioner Brett Jones, on behalf of the EEON Foundation; being duly sworn, state as follows:

1. I am the Petitioner in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. Respondent(s) were served with a copy of all documentation submitted by the Petitioner on February 12, 2020; as reflected on the docket sheet and as reflected on the proof of service.

3. Respondent(s) were required to respond to this instant matter by March 12, 2020.

4. Respondent(s) have failed to appear, plead or otherwise defend within the time allowed and, therefore; are now in default.

5. Petitioner requests that the Clerk of this Court enter default against the Respondent(s).

Dated this 13th day of March 2020.

_____
Brett "Eeon" Jones

AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT - 1

Brett Jones
EEON FOUNDATION
304 S Jones Blvd. Ste 1967
Las Vegas, Nevada 89107

*COPY*

# CERTIFICATE OF SERVICE

I, Brett Jones, on behalf of the EEON FOUNDATION, being at or above the age of 18, of the majority and not a party to the action, a citizen of the United States of America, did mail the documents entitled:

Motion to Confirm Arbitration Award
Memorandum of Law
Civil Cover Sheet
Arbitration Award
Contracts

by placing them in an envelope addressed to:

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102      U.S.P.S. Tracking #: 9405511699000683487344

ALPHABET INC.
1600 Amphitheatre Pkwy
MOUNTAIN VIEW   CA   94043-1351     U.S.P.S. Tracking #: 9405511699000683481694

GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, CA 94043              U.S.P.S. Tracking #: 9405511699000683404983

YOUTUBE INC.
901 Cherry Avenue
San Bruno, CA 94066-2914             U.S.P.S. Tracking #: 9405511699000683402170

Affixing the proper postage and depositing it with the local postal carrier, also being of the age of the majority, and not a party to this action who upon receipt guarantees delivery as addressed and/or local drop box guaranteeing the same as prescribed in law. If called upon I provide this sworn testimony based on first-hand knowledge of the aforementioned events attesting and ascribing to these facts on this day February 12, 2020.

_____
Brett Jones, on behalf of the EEON FOUNDATION

1  EEON Foundation
   c/o Brett Jones
2  304 S Jones Blvd., Ste 1967
   Las Vegas, NV 89107
3
   UNITED STATES DISTRICT COURT
4  NORTHERN DISTRICT OF CALIFORNIA
   SAN FRANCISCO DIVISION
5

6  EEON FOUNDATION,                    Case No.: 20-cv-01317-LB

7         Petitioner,

8  v.                                  **ENTRY OF DEFAULT**

9
   GOOGLE INC., ET AL.,
10
          Respondent(s).
11

12
                        **ENTRY OF DEFAULT**
13
   I, Petitioner Brett Jones, on behalf of the EEON Foundation; requests that the Clerk of this
14
15 Court enter default against Respondents GOOGLE, Inc., Et Al., pursuant to the Federal Rule of

16 Civil Procedure 55(a). It appears from the record that Respondent(s) have failed to appear, plead

17 or otherwise defend, therefore; the default of Respondent(s) GOOGLE, Inc., Et Al., is hereby

18 entered pursuant to the Federal Rule of Civil Procedure 55(a).
19
          Dated this _____ day of March 2020.
20
21
                                             _____
22                                                        Clerk of the Court
23
24
25
26
27
28
   ENTRY OF DEFAULT - 1

EEON Foundation
c/o Brett Jones
304 S Jones Blvd., Ste 1967
Las Vegas, NV 89107

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EEON FOUNDATION, | Case No.: 20-cv-01317-LB |
| Petitioner, | |
| v. | **CERTIFICATE OF SERVICE** |
| GOOGLE INC., ET AL., | |
| Respondent(s). | |

## CERTIFICATE OF SERVICE

I, Petitioner Brett Jones, on behalf of the EEON Foundation; am over the age of 18 years, of the age of the majority, a citizen of the United States of America and hereby certify as follows:

On this 13th day of March 2020, I caused a copy of the Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to the Respondent(s), at the address(es) stated below, which are the last known address(es) of said Respondent(s), and deposited said envelope(s) in the United States mail.

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102        U.S.P.S. Tracking #: 9405511699000632385578

ALPHABET INC.
1600 Amphitheatre Pkwy
Mountain View, CA  94043-1351        U.S.P.S. Tracking #: 9405511699000632835615

CERTIFICATE OF SERVICE - 1

GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, CA 94043                    U.S.P.S. Tracking #: 9405511699000632835806

YOUTUBE INC.
901 Cherry Avenue
San Bruno, CA 94066-2914                   U.S.P.S. Tracking #: 9405511699000632835677

Dated this 13th day of March 2020.

_____
Brett "Eeon" Jones

CERTIFICATE OF SERVICE - 2