PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

*LY TO SEAL*

**P**

US POSTAGE & FEES PAID
PRIORITY MAIL
FLAT-RATE ENVELOPE
ComPlsPrice

062S0009993644
10332928
FROM 39440

stamps
endicia
03/16/2020

# PRIORITY MAIL 2-DAY™

Ee on
304 S Jones Blvd
Las Vegas NV 89107

C004

SHIP
TO:

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102-3661

## USPS TRACKING #



9405 5116 9900 0632 3855 78

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

ule free
Pickup,
QR code.

/PICKUP

s, the maximum weight is 4 lbs.



# UNITED STATES
# POSTAL SERVICE®

# PRIORITY®
# MAIL



P S 0 0 0 0 1 0 0 0 0 1 4

**EP14F Oct 2018**
**OD: 12 1/2 x 9 1/2**

✱ **Domestic only.**   ✕ **For Domestic shipments, the maximum weight is 70 lbs. For International shipments, t**