

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

March 20, 2020

RE: *EEON Foundation v. Google Inc., et al.*
3:20-cv-01317-LB

Default is <u>declined</u> as to Google, Inc., YouTube, Inc., and Alphabet Inc. on March 20, 2020. Service of summons not complete under California Code of Civil Procedure § 416.10.

Susan Y. Soong, Clerk

by: William Noble
Case Systems Administrator