UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EEON FOUNDATION,

        Plaintiffs,

  v.

GOOGLE INC., et al.,

        Defendants.

Case No.: 3:20-cv-01317-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1)   I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)   On 3/20/2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

EEON Foundation
c/o Brett Jones
304 S Jones Blvd., Ste. 1967
Las Vegas, NV 89107

Dated: 3/20/2020

                        Susan Y. Soong
                        Clerk, United States District Court

                        By:_____
                        William Noble, Deputy Clerk