UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EEON FOUNDATION,<br>        Plaintiff,<br>    v.<br>GOOGLE INC., et al.,<br>        Defendants. | Case No. 20-cv-01317-LB<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE NOTICE** |

The Clerk of the Court will now reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(2) A party has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The case-management conference before Magistrate Judge Laurel Beeler set for **May 21, 2020 at 11:00 a.m.** is hereby **VACATED**.

Dated: March 20, 2020

Susan Y. Soong
Clerk, United States District Court

By: /s/ Elaine Kabiling
Elaine Kabiling, Deputy Clerk to the
Honorable LAUREL BEELER