UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEON FOUNDATION,<br><br>               Plaintiffs,<br><br>    v.<br><br>GOOGLE INC., et al.,<br><br>               Defendants. | Case No.: 20-cv-01317-SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

    (1)    I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

    (2)    On 4/8/2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

EEON Foundation
c/o Brett Jones
304 S Jones Blvd., Ste. 1967
Las Vegas, NV 89107

Dated: 4/8/2020

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By: _____
                                          Aris Garcia, Deputy Clerk to
                                          the Honorable Saundra Brown Armstrong

*Service_Certificate _CRD*
*rev. August 2018*