Eeon fka Brett Jones
304 S. Jones Blvd., Ste 1967
Las Vegas, Nevada 89107

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

FILED
APR 27 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEON, ET AL., | Case No: 20-cv-01317-SBA |
| Petitioner(s), | |
| v. | **DECLARATION OF PETITIONER** |
| GOOGLE, INC., ET AL., | |
| Respondent(s). | |

COMES NOW, Eeon fka Brett Jones (Hereinafter "Petitioner") over the age of 18 years, of the age of the majority and a citizen of the United States of America to Declare the following information to this Court:

1. Petitioner possesses personal firsthand knowledge of the following facts admissible in evidence.

2. Petitioner filed a Motion to Confirm Arbitration Award with the court in accordance with the Federal Arbitration Act (Hereinafter "Act") and in accordance with the contractual agreement between the parties.

3. To date, Respondent(s) have failed to respond to any of the documentation sent from the Petitioner, from the Arbitrator, and/or from this Court.

4. On April 07, 2020 the Honorable Saundra Brown Armstrong ordered Petitioner to file a Declaration in regard to the above referenced matter.

5. Petitioner is the private property owner of the redressucc@gmail.com, redressright@gmail.com, eeonv3@gmail.com, eeonsays@gmail.com,

DECLARATION OF PETITIONER - 1

eeonmmab@gmail.com, brett2eeon@gmail.com, REDRESSRIGHT YOUTUBE Channel and the EEON YOUTUBE Channel.

6. The contract between the parties, dated November 06, 2018; was submitted to the court along with the final and binding arbitration award and the Motion to Confirm Arbitration. The contractual agreement between the parties clearly states who all the parties are involved in this matter.

7. The Eeon Foundation is not a corporation, not an unincorporated association, and not a sole proprietorship. The Eeon Foundation is not incorporated, registered, and/or licensed in a state. As such, the Eeon Foundation and/or Brett "Eeon" Jones is not required to appear in court through an attorney.

8. Petitioner filed a Motion to Confirm Arbitration Award in accordance with the Federal Arbitration Act. As such, the Petitioner is not the "Plaintiff" as indicted by the court as this is not a civil litigation matter. This matter has already been decided by a neutral/third party arbitrator as outlined in the arbitration award. Petitioner is not asking the court to litigate the matter but to simply confirm the arbitration award in accordance with 9 U.S.C. § 9[1]

9. Accordingly, Petitioner finds it necessary to inform this Court that in California, an individual possesses the common law right to change their name as outlined by the

---

[1] 9 U.S.C. § 9. Award of arbitrators; confirmation; jurisdiction; procedure
If the parties in their agreement have agreed that a judgment of the court shall be entered upon the award made pursuant to the arbitration, and shall specify the court, then at any time within one year after the award is made any party to the arbitration may apply to the court so specified for an order confirming the award, and thereupon the court must grant such an order unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11 of this title.

DECLARATION OF PETITIONER - 2

"usage method." This means that you simply pick a new name and start using it consistently in all parts of your life. Eeon fka Brett Jones has been utilized consistently by the Petitioner for the past few years.

10. Again, Petitioner has a contractual agreement with the Respondent(s) of this matter of which a dispute arose. In accordance with the terms and conditions of the contractual agreement, a neutral/independent arbitrator has determined the disputed information as indicated in the final and binding arbitration award. Petitioner is not attempting to litigate this matter as Petitioner as repeatedly indicated that this is merely seeking a confirmation in accordance with the Act (9 U.S.C. §§ 1-16).

Petitioner submits this Declaration of firsthand, personal knowledge on this 21st day of April 2020, which is true, accurate and admissible in evidence.

_____
Eeon fka Brett Jones

DECLARATION OF PETITIONER - 3

# CERTIFICATE OF SERVICE

I, <u>Eeon fka Brett Jones</u>, being at or above the age of 18, of the majority and a citizen of the United States of America, did mail the documents entitled:

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102        U.S.P.S. Tracking #: 9405511699000841235763

Affixing the proper postage and depositing it with the local postal carrier, also being of the age of the majority, and not a party to this action who upon receipt guarantees delivery as addressed and/or local drop box guaranteeing the same as prescribed in law. If called upon I provide this sworn testimony based on first-hand knowledge of the aforementioned events attesting and ascribing to these facts on this day April 21, 2020.

/s/ *Eeon* fka *Brett Jones*

DECLARATION OF PETITIONER - 4