PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

062S001169182⬚
1033292⬚
FROM 3944⬚

stamps
endicia
04/21/2020

US POSTAGE & FEES PAID
PRIORITY MAIL
FLAT-RATE ENVELOPE
ComPlsPrice

**P**

# PRIORITY MAIL 2-DAY™

C004

Ee on
304 S Jones Blvd
Las Vegas NV 89107

SHIP
TO:

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco CA 94102-3661

**USPS TRACKING #**

9405 5116 9900 0841 2357 63

To schedule free
Package Pickup,
scan the QR code.

⬚TATES
ERVICE®

4F Oct 2018