UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EEON FOUNDATION,<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE INC., et al.,<br><br>        Defendants. | Case No.20-cv-01317-SBA<br><br>**CLERK'S NOTICE**<br><br>Re: Dkt. No. 21 |

    Notice is hereby given that the telephonic initial case management conference previously set for 6/25/2020 at 3:00 p.m. will be heard on 7/1/2020 at 3:00 p.m. A Joint Case Management Statement is due on 6/24/2020. Counsel shall join the conference line (888) 684-8852 promptly at the date and time specified. The access code to join the conference is 7281326. Please be advised that conferences in other cases may precede and/or follow the conference scheduled in this case. When connecting, you may hear music and/or another conference; please be patient and wait for your case to be called before making an appearance. When your case management conference concludes, please exit without delay to clear the line for other proceedings.

Dated: June 12, 2020

                                      Susan Y. Soong
                                      Clerk, United States District Court

By: _____
Aris Garcia, Deputy Clerk to the
Honorable SAUNDRA BROWN ARMSTRONG
(510)637-3542