UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EEON FOUNDATION,<br><br>               Plaintiff,<br><br>     vs.<br><br>GOOGLE, INC., et al.,<br><br>               Defendants. | Case No: 20-cv-01317-SBA<br><br>**JUDGMENT** |

     In accordance with the Court's Order dismissing action, Dkt. 23, and pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters a final judgment of dismissal.

     IT IS SO ORDERED.

Dated:  June 23, 2020

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge