Eeon fka Brett Jones
304 S. Jones Blvd., Ste 1967
Las Vegas, Nevada 89107



FILED
JUN 25 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

EEON, ET AL.,

    Petitioner(s),

v.

GOOGLE, INC., ET AL.,

    Respondent(s).

Case No: 20-cv-01317-SBA

*MOTION FOR ENTRY OF DEFAULT*

## MOTION FOR ENTRY OF DEFAULT

Petitioner(s) Brett "Eeon" Jones, et al., requests that the Clerk of the court enter default against Respondent(s) pursuant to Federal Rule of Civil Procedure 55(a). In support of this request, Petitioner(s) rely upon the record in this case and the Affidavit submitted herein.

Dated this 18th day of June 2020.

                                                                       Brett "Eeon" Jones

FILED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

JUN 25 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

EEON, ET AL.,

    Petitioner(s),

v.

GOOGLE, INC., ET AL.,

    Respondent(s).

Case No: 20-cv-01317-SBA

*AFFIDAVIT IN SUPPORT OF*

*MOTION FOR ENTRY OF DEFAULT*

---

**AFFIDAVIT IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT**

---

    I, Brett "Eeon" Jones, (Hereinafter "Affiant") over the age of 18 years, of the age of the majority and a citizen of the United States of America; Declare the following information to this Court:

1.    Affiant is the Petitioner in the above entitled action and as such, Affiant is familiar with the file, records and pleadings in this matter. Affiant also possesses personal firsthand knowledge of the following facts admissible in evidence.

2.    Affiant filed a Motion to Confirm Arbitration Award with the court in accordance with the Federal Arbitration Act (Hereinafter "Act") and in accordance with the contractual agreement between the parties.

3.    To date, Respondent(s) have failed to respond to any of the documentation sent from the Petitioner, from the Arbitrator, and/or from this Court.

4.    Respondent(s) have also failed to appear, plead or otherwise defend within the time allowed and, therefore, are now in default.

5. The contract between the parties, dated November 06, 2018; was submitted to the court along with the final and binding arbitration award and the Motion to Confirm Arbitration. The contractual agreement between the parties clearly states who all the parties are involved in this matter.

6. Affiant requests that the clerk of this court enter default against the Respondent(s).

Petitioner submits this Declaration of firsthand, personal knowledge on this 18th day of June 2020, which is true, accurate and admissible in evidence.

Brett "Eeon" Jones



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUN 25 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

EEON, ET AL.,

    Petitioner(s),

v.

GOOGLE, INC., ET AL.,

    Respondent(s).

Case No: 20-cv-01317-SBA

*AFFIDAVIT IN SUPPORT OF*

*MOTION FOR ENTRY OF DEFAULT*

---

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ENTRY OF DEFAULT JUDGMENT**

---

    I, Brett "Eeon" Jones, (Hereinafter "Affiant") over the age of 18 years, of the age of the majority and a citizen of the United States of America; Declare the following information to this Court:

    1. Affiant is the Petitioner in the above entitled action and as such, Affiant is familiar with the file, records and pleadings in this matter. Affiant also possesses personal firsthand knowledge of the following facts admissible in evidence.

    2. Arbitrator, Timothy Simpson notified all Respondent(s) of the Notice of Arbitration Award on or about May 22, 2019 (*See*: Exhibit "A").

    3. Affiant filed a Motion to Confirm Arbitration Award on or about February 12, 2020 (*See*: Exhibit "'B") with the court in accordance with the Federal Arbitration Act (Hereinafter "Act") and in accordance with the contractual agreement between the parties.

    4. Further, Affiant notified all Respondent(s) via Affidavit & payment of filing fees (*See*: Exhibit "C").

5. Affiant has adequately and sufficiently notified all Respondent(s) in this matter via the United States Postal Service Priority Mail with tracking numbers.

6. To date, Respondent(s) have failed to respond to any of the documentation sent from the Petitioner, from the Arbitrator, and/or from this Court. Respondent(s) have had more than a sufficient amount of time to respond and have failed to do so within the time permitted by law. The Respondent(s) have also not sought out any additional time in which to respond.

7. Respondent(s) have also failed to appear, plead or otherwise defend within the time allowed and, therefore, are now in default.

8. Affiant, as required by the Servicemembers Civil Relief Act of 2003, has confirmed that the Respondent(s) are not currently in active military service.

9. To the best of Affiant's information and belief, Respondent(s) are not considered to be infant(s) or incompetent person(s).

10. The contract between the parties, dated November 06, 2018; was submitted to the court along with the final and binding arbitration award and the Motion to Confirm Arbitration. The contractual agreement between the parties clearly states who all the parties are involved in this matter.

11. Affiant has attached "Exhibit D" to inform the court that the EEON FOUNDATION is the Registered Agent of record for SATCOMM, LLC.

12. Affiant requests that the court enter a default judgment against the Respondent(s) in the amount of $ 450,000.00 (Four Hundred Fifty Thousand U.S. Dollars or acceptable currency).

Petitioner submits this Affidavit of firsthand, personal knowledge on this 18th day of June 2020, which is true, accurate and admissible in evidence.

_____
Brett "Eeon" Jones

**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

JUN 2 5 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

EEON, ET AL.,

    Petitioner(s),

v.

GOOGLE, INC., ET AL.,

    Respondent(s).

Case No: 20-cv-01317-SBA

*CLERK'S ORDER FOR*

*ENTRY OF DEFAULT*

## CLERK'S ORDER FOR ENTRY OF DEFAULT

Petitioner(s) Brett "Eeon" Jones, et al., requests that the clerk of this Court enter default against the Respondent(s) Google, et al., pursuant to the Federal Rule of Civil Procedure 55(a). According to the record, the Respondent(s) have failed to appear, plead or otherwise defend, the default of the Respondent(s) is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of June 2020.

_____
Clerk of the Court

Page 4 of 5

# CERTIFICATE OF SERVICE

I, Eeon fka Brett Jones, being above the age of 18, of the age of the majority and a citizen of the United States of America, did mail the documents entitled:

**Motion for Entry of Default, Affidavit in Support of Motion for Entry of Default & Clerk's Order for Entry of Default.**

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102       U.S.P.S. Tracking No.: 9405511699000561207132

United States District Court
Northern District of California
Oakland Division
1301 Clay Street
Oakland, California 94612     U.S.P.S. Tracking No.: 9405511699000561539127

GOOGLE INCORPORATED
1600 Amphitheatre Parkway
Mountain View, California 94043-1315     U.S.P.S. Tracking No.: 9405511699000561611786

YOUTUBE INCORPORATED
901 Cherry Avenue
San Bruno, California 94066-2914     U.S.P.S. Tracking No.: 9405511699000561645453

ALPHABET, INCORPORATED
1600 Amphitheatre Parkway
Mountain View, California 94043-1315     U.S.P.S. Tracking No.: 9405511699000561647037

Affixing the proper postage and depositing it with the local postal carrier, also being of the age of the majority, and not a party to this action who upon receipt guarantees delivery as addressed and/or local drop box guaranteeing the same as prescribed in law. If called upon I provide this sworn testimony based on first-hand knowledge of the aforementioned events attesting and ascribing to these facts on this day June 22, 2020.

/s/Eeon fka Brett Jones



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

EEON, ET AL.,

    Petitioner(s),

v.

GOOGLE, INC., ET AL.,

    Respondent(s).

Case No: 20-cv-01317-SBA

*DEFAULT JUDGMENT*

## ENTRY OF DEFAULT JUDGMENT

The Respondent(s), Google Inc., et al., have failed to Answer, Appear, plead or otherwise defend in the above entitled action. Petitioner(s) have requested judgment against the defaulted Respondent(s). Petitioner(s) have filed a proper motion and Affidavit in accordance with the Federal Rule of Civil Procedure 55(a) and (b); therefore,

Judgment is hereby entered in favor of the Petitioner(s) and against the Respondent(s), as follows:

Respondent(s) are hereby Ordered to pay the Petitioner(s) $ 450,000.00 (Four Hundred Fifty Thousand U.S. Dollars or acceptable currency).

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated this _____ day of June 2020.

                                                                             _____
                                                                   Honorable Judge of the Court

## CERTIFICATE OF SERVICE

I, Eeon fka Brett Jones, being above the age of 18, of the age of the majority and a citizen of the United States of America, did mail the documents entitled:

**Motion for Entry of Default Judgment, Affidavit in Support of Motion for Entry of Default Judgment & Order for Entry of Default Judgment.**

| | |
|---|---|
| United States District Court<br>Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | U.S.P.S. Tracking No.: 9405511699000561207132 |
| United States District Court<br>Northern District of California<br>Oakland Division<br>1301 Clay Street<br>Oakland, California 94612 | U.S.P.S. Tracking No.: 9405511699000561539127 |
| GOOGLE INCORPORATED<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043-1315 | U.S.P.S. Tracking No.: 9405511699000561611786 |
| YOUTUBE INCORPORATED<br>901 Cherry Avenue<br>San Bruno, California 94066-2914 | U.S.P.S. Tracking No.: 9405511699000561645453 |
| ALPHABET, INCORPORATED<br>1600 Amphitheatre Parkway<br>Mountain View, California 94043-1315 | U.S.P.S. Tracking No.: 9405511699000561647037 |

Affixing the proper postage and depositing it with the local postal carrier, also being of the age of the majority, and not a party to this action who upon receipt guarantees delivery as addressed and/or local drop box guaranteeing the same as prescribed in law. If called upon I provide this sworn testimony based on first-hand knowledge of the aforementioned events attesting and ascribing to these facts on this day June 22, 2020.

/s/Eeon fka Brett Jones

# ALL-PURPOSE PROOF OF SERVICE

I, <u>Timothy Simpson</u>, being at or above the age of 18, of the majority and not a party to the action, a citizen of the United States of America, did mail the document entitled:

NOTICE OF ARBITRATION AWARD

by placing it in an envelope addressed to: <u>Name and address:</u>

YOUTUBE INCORPORATED
901 CHERRY AVENUE
SAN BRUNO, CALIFORNIA 94066-2914
        USPS TRACKING # 9405 5036 9930 0011 1678 14

GOOGLE INCORPORATED
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CALIFORNIA 94043-1315
        USPS TRACKING # 9405 5036 9930 0011 1678 52

ALPHABET INCORPORATED
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW, CALIFORNIA 94043-1315
        USPS TRACKING # 9405 5036 9930 0011 1678 69

Affixing the proper postage and depositing it with the local postal carrier, also being of the age of the majority, and not a party to this action who upon receipt guarantees delivery as addressed and/or local dropbox guaranteeing the same as prescribed in law. If called upon I provide this sworn testimony based on first-hand knowledge of the aforementioned events attesting and ascribing to these facts on this day May 22, 2019.

/s/ *Timothy Simpson, Arbitrator*



EXHIBIT "A"

Brett Jones
EEON FOUNDATION
304 S Jones Blvd. Ste 1967
Las Vegas, Nevada 89107

## CERTIFICATE OF SERVICE

I, Brett Jones, on behalf of the EEON FOUNDATION, being at or above the age of 18, of the majority and not a party to the action, a citizen of the United States of America, did mail the documents entitled:

Motion to Confirm Arbitration Award
Memorandum of Law
Civil Cover Sheet
Arbitration Award
Contracts

by placing them in an envelope addressed to:

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102       U.S.P.S. Tracking #: 9405511699000683487344

ALPHABET INC.
1600 Amphitheatre Pkwy
MOUNTAIN VIEW   CA   94043-1351       U.S.P.S. Tracking #: 9405511699000683481694

GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, CA 94043               U.S.P.S. Tracking #: 9405511699000683404983

YOUTUBE INC.
901 Cherry Avenue
San Bruno, CA 94066-2914              U.S.P.S. Tracking #: 9405511699000683402170

Affixing the proper postage and depositing it with the local postal carrier, also being of the age of the majority, and not a party to this action who upon receipt guarantees delivery as addressed and/or local drop box guaranteeing the same as prescribed in law. If called upon I provide this sworn testimony based on first-hand knowledge of the aforementioned events attesting and ascribing to these facts on this day February 12, 2020.

_____
Brett Jones, on behalf of the EEON FOUNDATION

Page 5 of 6

Exhibit "B"

AFFIDAVIT & RESPONSE 03132020

# CERTIFICATE OF SERVICE

I, Brett Jones, on behalf of the EEON Foundation; being at or above the age of 18, of the majority and a citizen of the United States of America, did mail the following document:

AFFIDAVIT & RESPONSE TO ORDER REGARDING FILING FEE

via United States Priority Postal Service to the following:

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102      U.S.P.S. Tracking #: 9405803699300760254484

ALPHABET INC.
1600 Amphitheatre Pkwy
Mountain View, CA  94043-1351        U.S.P.S. Tracking #: 9405511699000632835615

GOOGLE INC.
1600 Amphitheatre Parkway
Mountain View, CA 94043              U.S.P.S. Tracking #: 9405511699000632835806

YOUTUBE INC.
901 Cherry Avenue
San Bruno, CA 94066-2914             U.S.P.S. Tracking #: 9405511699000632835677

/s/ *Eeon fka Brett Jones*
Eeon fka Brett Jones

AFFIDAVIT & RESPONSE TO ORDER REGARDING FILING FEE - 5

EXHIBIT "C"

## BUSINESS INFORMATION

**Business Name:**
ATCOMM LLC

**UBI Number:**
604 172 834

**Business Type:**
FOREIGN LIMITED LIABILITY COMPANY

**Business Status:**
ACTIVE

**Principal Office Street Address:**
BLDG 8174, 18429 VETERANS MEMORIAL DR, BONNEY LAKE, WA, 98391, UNITED STATES

**Principal Office Mailing Address:**

**Expiration Date:**
09/30/2020

**Jurisdiction:**
UNITED STATES

**Formation/ Registration Date:**
09/18/2017

**Period of Duration:**
PERPETUAL

**Inactive Date:**

**Nature of Business:**
ADMINISTRATION & BUSINESS SUPPORT SERVICES

## REGISTERED AGENT INFORMATION

**Registered Agent Name:**
EEON FOUNDATION

**Street Address:**
18429 EAST VETERANS MEMORIAL DRIVE, SUITE 8174, BONNEY LAKE, WA, 98391, UNITED STATES

**Mailing Address:**

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | ERIC | TAYLOR |
| GOVERNOR | INDIVIDUAL | | * | EEON |

EXHIBIT "D"