

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

June 29, 2020

RE:   EEON Foundation v. Google Inc.
      20-cv-01317-SBA

Default is declined as to all respondents on June 29, 2020. Default is declined because the case has been dismissed.

Susan Y. Soong, Clerk

by:  Anthony J. Squillante
Case Systems Administrator
510-637-3558

*REV. 7-19*