This envelope is made from post-consumer waste. Please recycle - again.



# UNITED STATES
# POSTAL SERVICE®

# PRIORITY® MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only



PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP



US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 4 FLAT-RATE ENVELOPE
ComPlsPrice

062S0009993640
10332928
FROM 89107

stamps
endicia
06/22/2020

**PRIORITY MAIL 2-DAY™**

Ee on
304 S Jones Blvd
Las Vegas NV 89107

C037

SHIP
TO:    United States District Court
       Northern District of California
       1301 Clay Street
       Oakland CA 94612-5217

**USPS TRACKING #**



9405 5116 9900 0561 5391 27

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

 **UNITED STATES POSTAL SERVICE** ®



**TRACKED***
★ ★ ★
**INSURED***
★

# PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



EP14F Oct 2018

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE